UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALBERT LEE PERRON,**<br><br>**Plaintiff**<br><br>v.<br><br>**PROGRESSIVE GULF INSURANCE COMPANY, and ALLSTATE INSURANCE COMPANY,**<br><br>**Defendants** | CIVIL ACTION<br><br>NO. 2:16-cv-14060 SSV-JVM<br><br>SECTION: "R"<br><br>DIVISION: "1"          "1" |

## ORDER

Considering the foregoing Motion to Dismiss with Prejudice,

**IT IS ORDERED, ADJUDGED and DECREED** that any and all claims of Plaintiff, **ALBERT LEE PERRON**, against Defendant, **ALLSTATE INSURANCE COMPANY**, be and are hereby dismissed with prejudice, with each party to pay its own costs.

New Orleans, Louisiana this 9th day of June, 2017.

_Sarah Vance_
**DISTRICT JUDGE**

3